IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEO TIDWELL, | No. C 18-0641 WHA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| PETTY, | |
| Defendant. | |

Plaintiff, a prisoner located in Illinois proceeding pro se, filed this civil rights action on January 30, 2018. On the same day, the clerk notified plaintiff that he must submit a complaint on and either pay the filing fee or file a completed application to proceed in forma pauperis ("IFP"). Along with these notices, the clerk mailed to plaintiff form civil rights complaint, an IFP application, instructions, and stamped return envelopes. The notices informed plaintiff that the case would be dismissed if he did not file a complaint and either pay the fee or file the completed IFP application within 28 days. No response has been received. As more than 28 days have passed and plaintiff has not filed a complaint, a completed IFP application, paid the filing fee, shown cause why not, or requested an extension of time to do so, this case is **DISMISSED** without prejudice.

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

Dated: March 16, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE